IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WILLIAM G. MITCHELL,

    Plaintiff,

v.

EMANUEL PROBATION, et al.,

    Defendants.

CIVIL ACTION NO.: 6:18-cv-43

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 11), to which Plaintiff failed to file Objections.[1] Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court. The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint pursuant to the "three strikes" provision of 28 U.S.C. § 1915(g) and for abuse of judicial process and **DISMISSES AS MOOT** all other pending Motions. The Court **DENIES** Plaintiff *in forma pauperis* status on appeal and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 20th day of August, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff did file a Notice of Interlocutory Appeal, (doc. 12), which the Eleventh Circuit Court of Appeals dismissed for want of prosecution because Plaintiff did not pay the filing and docketing fees, (doc. 15). To the extent this Notice is construed as an Objection to the Report and Recommendation, the Court **OVERRULES** Plaintiff's Objections. As the Magistrate Judge clearly stated in his Report and Recommendation, Plaintiff failed to truthfully disclose several cases filed as recently as last year and also qualifies as a "three-striker" under the Prison Litigation Reform Act. (Doc. 11, pp. 4–8.)